UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STEPHEN M. ROSS,<br><br>Defendants. | Case No.<br><br>**Statement of Relatedness** |

The Court has jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. §§ 1331 and 1337 and Section 27 of the Exchange Act, 15 U.S.C. § 78aa.

Plaintiff brings this case as a class action pursuant to the Securities Exchange Act of 1934 on behalf of those who purchased or otherwise acquired the securities of Centerline Holding Company between March 12, 2007 and December 28, 2007, inclusive. This case arises from the same set of facts and circumstances that underlies the following securities class action pending in this District. The action is as follows:

| Caption | Case # | Judge |
|---|---|---|
| Goldstein v. Centerline Holding Co., et at | 08cv00505 | Shira A. Scheindlin |

In the interests of judicial economy, plaintiff respectfully requests that this action be deemed related to the above-listed action.

Dated: February 11, 2008
       New York, New York

                                  **LABATON SUCHAROW LLP**

By: _/s/ Andrei Rado_
     Christopher J. Keller (CK-2347)
     Andrei V. Rado (AR-3724)
     Alan I. Ellman (AE-7347)
     140 Broadway
     New York, New York 10005
     Tel: (212) 907-0700
     Fax: (212) 818-0477

**LAW OFFICES OF CURTIS V. TRINKO, LLP**
     Curtis V. Trinko
     16 West 46th Street, 7th Floor
     New York, NY 10036
     Telephone: (212) 490-9550
     Facsimile: (212) 986-0158