Scheindlin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DECHTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br><br>Defendants, | 08-CV-1593 (SAS) |
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, and JEFF T. BLAU,<br><br>Defendants, | 08-CV-01026 (SAS) |
| MARK K. GOLDSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFFT T. BLAU, AND STEPHEN M. ROSS,<br><br>Defendants, | 08-CV-00505 (SAS) |

[Caption continued on following page.]

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

NYC:760491.1/CEN126-250721

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STPEHEN M. ROSS<br><br>Defendants, | 08-CV-1458 (SAS) |
| LORI WEINRIB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY,<br><br>Defendants. | 08-CV-01158 (SAS) |

IT IS HEREBY STIPULATED AND AGREED that, upon the annexed declaration of Jennifer F. Beltrami in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of defendant Centerline Holding Company, and subject to the approval of the Court, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, 212-373-3000, hereby withdraws as counsel for defendant Centerline Holding Company in the above-captioned matter, and WolfBlock LLP, 250 Park Avenue, New York, New York 10177, 212-883-4955, is hereby substituted in place of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as counsel

NYC:760491.1/CEN126-250721

of record for defendant Centerline Holding Company in this action, effective as of the date indicated below.

Dated: New York, New York
       March 19, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
    Richard A. Rosen
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
rrosen@paulweiss.com

WOLFBLOCK LLP

By: _____
    Jennifer F. Beltrami
250 Park Avenue
New York, NY 10177
212-883-4955
jbeltrami@wolfblock.com

CENTERLINE HOLDING COMPANY

By: _____
    General Counsel, Senior Managing Director

SO ORDERED:

_____
U.S.D.J.
3/20/08

NYC:760491.1/CEN126-250721

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DECHTER, on behalf of herself and all others similarly situated,<br>Plaintiff,<br>v.<br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br>Defendants, | 08-CV-1593 (SAS) |
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>v.<br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, and JEFF T. BLAU,<br>Defendants, | 08-CV-01026 (SAS) |
| MARK K. GOLDSTEIN, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>v.<br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFFT T. BLAU, AND STEPHEN M. ROSS,<br>Defendants, | 08-CV-00505 (SAS) |

[Caption continued on following page.]

### DECLARATION OF JENNIFER F. BELTRAMI

NYC:760416.1/CEN126-250721

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STPEHEN M. ROSS<br>Defendants, | 08-CV-1458 (SAS) |
| LORI WEINRIB, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY,<br>Defendants. | 08-CV-01158 (SAS) |

I, Jennifer F. Beltrami, declare the following to be true under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am a partner in the law firm of WolfBlock LLP and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying stipulation and order substituting WolfBlock LLP for Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for defendant Centerline Holding Company in the above-captioned action.

2. As reflected in the accompanying stipulation and order, defendant Centerline Holding Company now desires to retain WolfBlock LLP to represent it in this

litigation. The proposed substitution at this early stage of litigation will not delay the

matter or prejudice any party.

Dated: New York, New York
       March 19, 2008

                                              _____
                                              Jennifer F. Beltrami